(137 So. 780)

## AMERICAN INSURANCE CO. OF NEWARK, N. J., et al. v. C. H. MOORE.

### 8 Div. 352.

Supreme Court of Alabama.

Nov. 27, 1931.

Coleman, Coleman, Spain & Stewart, of Birmingham, for petitioners.

R. L. Almon, of Moulton, and Wm. L. Chenault, of Russellville, for respondent.

PER CURIAM.

Petition of the American Insurance Company of Newark, N. J., and the Home Insurance Company of New York, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in American Ins. Co. et al. v. C. H. Moore, 137 So. 778.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.